UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x

DAWN RAGLAND,

                        Plaintiff,              **MEMORANDUM & ORDER**
                                                20-CV-2002(EK)(VMS)
            -against-

DIONNE COULTER, DAVID A. HANSELL, NEW
YORK CITY ADMINISTRATION FOR
CHILDREN'S SERVICES, CITY OF NEW
YORK, BILL De BLASIO, RACHELLE SOKUL-
COOK, LOUISE M. LINGAT and CHINYERE
U. EZE-NLIAM,

                        Defendants.

--------------------------------------x

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Vera M.

Scanlon's comprehensive and thoroughly supported Report and

Recommendation (R&R) dated June 25, 2021.  ECF No. 18.  Judge

Scanlon recommends that I grant Defendants' motion to dismiss

Plaintiff's complaint without prejudice.  Neither party has

filed objections and the time to do so has expired.

Accordingly, the Court reviews the R&R for clear error on the

face of the record.  *See* Advisory Comm. Notes to Fed. R. Civ. P.

72(b); *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F.

Supp. 2d 480, 481 (E.D.N.Y. 2013).  Having reviewed the record,

the Court finds no clear error.  The Court adopts the R&R in its

entirety pursuant to 28 U.S.C. § 636(b)(1).

I therefore grant Defendants' motion to dismiss Plaintiff's federal claims and decline to exercise supplemental jurisdiction over her state law claims pursuant to 28 U.S.C. § 1367(c)(3).  Plaintiff is granted leave to file an amended complaint within thirty days of this order to address any curable legal and factual deficiencies identified in Judge Scanlon's R&R.

The Clerk of Court is respectfully requested to mail a copy of this order to Plaintiff and note the mailing on the docket.


SO ORDERED.

/s Eric Komitee
ERIC KOMITEE
United States District Judge


Dated:     September 27, 2021
           Brooklyn, New York